# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BARTON HANKINS**                                                                    **PLAINTIFF**

v.                          CASE NO. 4:23-CV-01040-BSM

**CRAIN AUTOMOTIVE HOLDINGS, LLC**                                **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 16th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE